**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-60144
Summary Calendar

RAYMOND KIMBROUGH

Petitioner

VERSUS

PORT COOPER/T SMITH STEVEDORING; DIRECTOR, OFFICE OF WORKER'S
COMPENSATION PROGRAMS, U.S. DEPARTMENT OF LABOR

Respondents

Petition for Review of an Order of the
Benefits Review Board
(95-1697)
April 30, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[1]

Raymond Kimbrough, a crane operator, appeals the denial of his claim for benefits under the Longshore and Harbor Workers' Compensation Act, as amended, 33 U.S.C. §901, et seq. and the regulations promulgated thereunder. The Decision and Order of the Administrative Law Judge was affirmed without opinion by the

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. 47.5.4.

benefits Review Board.

We have carefully reviewed the record and determine that the Administrative Law Judge's findings of fact are supported by substantial evidence. <u>Marathon Oil Co. v. Lunsford</u>, 733 F.2d 1139, 1141 (5th Cir. 1984). Accordingly, we AFFIRM.